# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**YOLANDA CHERIE MATHIS,**                                    **PLAINTIFF**
*o/b/o XLM, a minor*

**v.**                        **Case No. 4:24-CV-00192-LPR**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED.  Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 30th day of October 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE